No. 03–324. GOLDBLATT v. A&W INDUSTRIES, INC. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 03–328. MELKA MARINE, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–344. ULLMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–346. LOUISIANA, THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT v. WINGFIELD ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 03–5122. N. S. H. v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Sup. Ct. Fla. Certiorari denied.

No. 03–5323. HYDE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–5612. ERDMAN v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5614. KEENAN v. DANIEL. C. A. 6th Cir. Certiorari denied.

No. 03–5615. BROWN v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–5616. BENNETT v. MIDFIRST BANK ET AL. Ct. App. D. C. Certiorari denied.

No. 03–5618. KELLER v. TREFZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–5621. KORMONDY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–5622. SCHAEFER v. STOVALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5623. ROBERTS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.